UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA SEXTON,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | No.  2:14-cv-1174 TLN CKD PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

By order filed May 20, 2014, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

/////

/////

1

1. within the specified time may waive the right to appeal the District Court's order. Martinez v.
2. Ylst, 951 F.2d 1153 (9th Cir. 1991).
3. Dated:  June 24, 2014

                                                   _____
                                                   CAROLYN K. DELANEY
                                                   UNITED STATES MAGISTRATE JUDGE

7. 4 sexton.fta